826    SUPREME COURT OF NEBRASKA,

Hamilton v. City of Omaha.    Perry v. Gross.

CHARLES W. HAMILTON, APPELLANT, V. THE CITY OF
OMAHA ET AL., APPELLEES.

MAXWELL, J.

The questions presented in this case are identical with
those in the case of *Touzalin v. The City of Omaha,* just
decided, and the same judgment will be entered.

The judgment of the district court is reversed, and the
cause remanded for further proceedings.

REVERSED AND REMANDED.

THE other judges concur.